UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| LUIS RAMON JIMENEZ | : | CASE NO. 23-11093-pmm |
| Debtor | : | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

GOLD Federal Credit Union has filed with the Court a Motion For Relief From Stay.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 31, 2023, you or your attorney must do <u>all</u> of the following:

   (a) file an answer explaining your position at

   Office of the Clerk, Room 103
   United States Bankruptcy Court
   The Gateway Building
   201 Penn Street
   Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Joshua A. Gildea
   Fitzpatrick Lentz & Bubba, P.C.
   645 W. Hamilton Street, Suite 800
   Allentown, PA  18101
   Phone (610) 797-9000
   Fax (610) 797-6663

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

       3.      A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, United States Bankruptcy Judge on **June 6, 2023 at 10:00 AM** in Courtroom 4th Floor, The Gateway Building, 201 Penn Street, Reading, PA 19601.

       4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

       5.      You may contact the Bankruptcy Clerk's office in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Dated:   May 17, 2023

                                               JOSHUA A. GILDEA

                                               FITZPATRICK LENTZ & BUBBA, P.C.
                                               645 W. Hamilton Street, Suite 800
                                               Allentown, PA  18101
                                               Telephone (610) 797-9000
                                               Telefax (610) 797-6663


                               By:   */s/ Joshua A. Gildea*
                                         Attorney for Movant