IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| LUIS RAMON JIMENEZ | : | CASE NO. 23-11093-pmm |
| Debtor | : | |

## CERTIFICATE OF NO RESPONSE

I certify that I have received no response from the attorney for the Debtor or the Trustee to the Motion for Relief from Stay and respectfully request this Honorable Court grant the Motion without a hearing.

JOSHUA A. GILDEA

FITZPATRICK LENTZ & BUBBA, P.C.
645 W. Hamilton Street, Suite 800
Allentown, PA  18101
(610) 797-9000

Dated: June 1, 2023          By:___*/s/ Joshua A. Gildea*_____
                    **Attorney for GOLD Federal Credit Union**