IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *IN RE:* | : | CHAPTER 13 |
| | : | |
| LUIS RAMON JIMENEZ | : | CASE NO. 23-11093-pmm |
| Debtor | : | |

## ORDER

AND NOW, the __5th__ day of __June_____, 2023, upon consideration of the Motion of GOLD Federal Credit Union, it is hereby

ORDERED that GOLD Federal Credit Union shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law relating to the Boat described in the Motion.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer, B.J.

Distribution list:

Luis Ramon Jimenez
110 Jeremy Ct
Easton, PA 18045-2162

Lynn E. Feldman
Feldman Law Office
2310 Walbert Ave, Ste 103
Allentown, PA 18104
Attorney for Debtor

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

Joshua A. Gildea
Fitzpatrick Lentz & Bubba, P.C.
645 W. Hamilton Street, Suite 800
Allentown, PA  18101