United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11093-pmm |
| Luis Ramon Jimenez | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Luis Ramon Jimenez, 110 Jeremy Ct, Easton, PA 18045-2162 |
| cr | + | GOLD Federal Credit Union, 4703 Hamilton Blvd, Allentown, PA 18103-6066 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:**

**Name**               **Email Address**

JOSHUA A. GILDEA
    on behalf of Creditor GOLD Federal Credit Union jgildea@flblaw.com ccharlton@flblaw.com

LYNN E. FELDMAN
    on behalf of Debtor Luis Ramon Jimenez feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com

MARK A. CRONIN
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    CHAPTER 13
                                :
LUIS RAMON JIMENEZ              :    CASE NO. 23-11093-pmm
         Debtor                 :

**ORDER**

AND NOW, the 5th day of June, 2023, upon consideration of the Motion of GOLD Federal Credit Union, it is hereby

ORDERED that GOLD Federal Credit Union shall be granted relief from the automatic stay pursuant to Section 362 of the Bankruptcy Code to permit it to enforce its rights and remedies under state law relating to the Boat described in the Motion.

BY THE COURT:

_____
Patricia M. Mayer, B.J.

Distribution list:

Luis Ramon Jimenez
110 Jeremy Ct
Easton, PA 18045-2162

Lynn E. Feldman
Feldman Law Office
2310 Walbert Ave, Ste 103
Allentown, PA 18104
Attorney for Debtor

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

Joshua A. Gildea
Fitzpatrick Lentz & Bubba, P.C.
645 W. Hamilton Street, Suite 800
Allentown, PA  18101