| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 23-11093-PMM

Luis Ramon Jimenez  
110 Jeremy Ct  
Easton  PA    18045-2162

Petition Filed Date: 04/14/2023  
341 Hearing Date: 06/13/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/15/2023 | $260.00 | | 06/15/2023 | $260.00 | | 07/17/2023 | $260.00 | |

**Total Receipts for the Period:  $780.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $780.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | ACAR LEASING LTD  DBA<br>»» 001 | Unsecured Creditors | $10,246.77 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,787.37 | $0.00 | $0.00 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 003 | Secured Creditors | $1,465.48 | $0.00 | $0.00 |
| 4 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 004 | Unsecured Creditors | $3,022.72 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $2,241.02 | $0.00 | $0.00 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | GOLD CREDIT UNION<br>»» 007 | Unsecured Creditors | $17,939.11 | $0.00 | $0.00 |
| 8 | GOLD CREDIT UNION<br>»» 008 | Unsecured Creditors | $416.07 | $0.00 | $0.00 |
| 9 | GOLD CREDIT UNION<br>»» 009 | Unsecured Creditors | $1,869.17 | $0.00 | $0.00 |
| 10 | GOLD CREDIT UNION<br>»» 10S | Secured Creditors | $857.15 | $0.00 | $0.00 |
| 11 | GOLD CREDIT UNION<br>»» 10U | Unsecured Creditors | $5,467.54 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $661.90 | $0.00 | $0.00 |
| 13 | US BANK NA<br>»» 012 | Unsecured Creditors | $502.81 | $0.00 | $0.00 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $1,124.59 | $0.00 | $0.00 |
| 15 | PENNYMAC  LOAN SERVICES LLC<br>»» 014 | Mortgage Arrears | $431.16 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $1,634.05 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11093-PMM**

| 17 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $277.77 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 18 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $665.45 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $2,455.54 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $1,513.36 | $0.00 | $0.00 |
| 21 | LVNV FUNDING LLC »» 020 | Unsecured Creditors | $861.86 | $0.00 | $0.00 |
| 22 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $1,045.71 | $0.00 | $0.00 |
| 23 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $1,014.26 | $0.00 | $0.00 |
| 24 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $3,130.54 | $0.00 | $0.00 |
| 25 | SYNCHRONY BANK »» 024 | Unsecured Creditors | $101.52 | $0.00 | $0.00 |
| 26 | JEFFERSON CAPITAL SYSTEMS LLC »» 025 | Unsecured Creditors | $905.98 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $566.86 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $525.73 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $780.00 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $70.20 | Total Plan Base: | $15,600.00 |
| Funds on Hand: | $709.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.