UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13

     Luis Ramon Jimenez                       Bankruptcy No.23-11093-PMM


         Debtor

<u>CERTIFICATE OF SERVICE</u>

     I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 24th day of August, 2023, by first class mail upon those listed below:


Luis Ramon Jimenez
110 Jeremy Ct
Easton, PA  18045-2162

**<u>Electronically via CM/ECF System Only:</u>**

LYNN E FELDMAN ESQ
FELDMAN LAW OFFICES PC
2310 WALBERT AVENUE
SUITE 103
ALLENTOWN, PA  18104


                          */s/ Kristen Gliem*
                          Kristen Gliem
                          for
                          Scott F. Waterman, Esquire
                          Standing Chapter 13 Trustee