United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Luis Ramon Jimenez  
    Debtor

Case No. 23-11093-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Sep 21, 2023      Form ID: 155      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Luis Ramon Jimenez, 110 Jeremy Ct, Easton, PA 18045-2162 |
| 14774017 | Comenity Capital Bank, PO Box 18082, Columbus, OH 43218-0082 |
| 14774018 | Comenity Capital Bank/LEXU, PO Box 18082, Columbus, OH 43218-0082 |
| 14774022 | Esmeralda Gonzalez, 110 Jeremy Ct, Easton, PA 18045-2162 |
| 14774024 | Gold Credit Union, 4703 Hamilton Blvd, Allentown, PA 18103-6066 |
| 14774027 | LVHN, 1243 S Cedar Crest Blvd, Allentown, PA 18103-6268 |
| 14774025 | Lehigh Valley Hospital And Health Networ, 1200 S Cedar Crest Blvd, Allentown, PA 18103-6202 |
| 14774026 | Lehigh Valley Hospital And Health Networ, Box 8500 # 8076, Philadelphia, PA 19178-8500 |
| 14774036 | Syncb/vrzn, PO Box 965015, Orlando, FL 32896-5015 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14775336 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 21 2023 23:46:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14774015 | Email/Text: BarclaysBankDelaware@tsico.com | Sep 21 2023 23:46:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14774020 | Email/Text: jcarlick@crossriver.com | Sep 21 2023 23:46:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 14780177 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 21 2023 23:58:46 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14774016 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 21 2023 23:59:17 | Capital One Bank, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 14783634 | + Email/PDF: ebn_ais@aisinfo.com | Sep 21 2023 23:48:24 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14774019 | Email/PDF: creditonebknotifications@resurgent.com | Sep 21 2023 23:48:28 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14774021 | Email/Text: mrdiscen@discover.com | Sep 21 2023 23:45:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 14780265 | Email/Text: mrdiscen@discover.com | Sep 21 2023 23:45:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14775956 | Email/Text: mrdiscen@discover.com | Sep 21 2023 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14774023 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 21 2023 23:46:00 | GM Financia, PO Box 181145, Arlington, TX 76096-1145 |

| Recipient ID | Flag | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14792558 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2023 23:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14790107 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2023 23:59:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14774029 | | Email/Text: ml-ebn@missionlane.com | Sep 21 2023 23:45:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30348-5286 |
| 14774028 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 21 2023 23:59:15 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14785936 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 21 2023 23:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14775500 | ^ | MEBN | Sep 21 2023 23:41:08 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14792628 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 21 2023 23:58:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14788461 | + | Email/PDF: ebnotices@pnmac.com | Sep 21 2023 23:59:37 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14774030 | | Email/PDF: ebnotices@pnmac.com | Sep 21 2023 23:59:04 | Pennymac Loan Services, PO Box 950002, Fort Worth, TX 76155-9802 |
| 14789168 | | Email/Text: bnc-quantum@quantum3group.com | Sep 21 2023 23:46:00 | Quantum3 Group LLC as agent for, Bread Financial Legacy, PO Box 788, Kirkland, WA 98083-0788 |
| 14774031 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:47:09 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14774032 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:58:49 | Syncb/Lowes, Box 965005, Orlando, FL 32896-5005 |
| 14774035 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:58:51 | Syncb/Synchrony Bank, Box 965005, Orlando, FL 32896-5005 |
| 14774033 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:58:52 | Syncb/ppC, PO Box 965005, Orlando, FL 32896-5005 |
| 14774034 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 21 2023 23:47:40 | Syncb/ppmc, PO Box 965005, Orlando, FL 32896-5005 |
| 14792155 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 21 2023 23:47:10 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14774037 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 21 2023 23:46:00 | TBOM-Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 14778487 | + | Email/Text: tdebn@credbankserv.com | Sep 21 2023 23:46:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14774039 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 21 2023 23:59:35 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14774040 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 21 2023 23:46:00 | Toyota Financial Services, 240 Gibralter Rd Ste 260, Horsham, PA 19044-2387 |
| 14781558 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 21 2023 23:46:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14774041 | | Email/Text: bknotice@upgrade.com | Sep 21 2023 23:45:00 | Upgrade, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 14784208 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 21 2023 23:46:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14774042 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 21 2023 23:46:00 | US Bank, 4325 17th Ave S, Fargo, ND 58125-6200 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 21, 2023 | Form ID: 155 | Total Noticed: 44 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14779043 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14774038 | ## | TDRCS/Raymour & Flanigan, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOSHUA A. GILDEA | on behalf of Creditor GOLD Federal Credit Union jgildea@flblaw.com ccharlton@flblaw.com |
| LYNN E. FELDMAN | on behalf of Debtor Luis Ramon Jimenez feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Luis Ramon Jimenez
       Debtor(s)                                       Chapter: 13
                                                        Bankruptcy No: 23−11093−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this September 21, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                              Patricia M. Mayer
                                                                              Judge, United States Bankruptcy Court