| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 23-11093-PMM

Luis Ramon Jimenez
110 Jeremy Ct
Easton  PA    18045-2162

Petition Filed Date: 04/14/2023
341 Hearing Date: 06/13/2023
Confirmation Date: 09/21/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2023 | $260.00 | | 09/19/2023 | $260.00 | | 10/18/2023 | $260.00 | |
| 11/15/2023 | $260.00 | | 12/15/2023 | $260.00 | | 01/16/2024 | $260.00 | |
| 02/15/2024 | $260.00 | | 03/15/2024 | $260.00 | | 04/15/2024 | $260.00 | |
| 05/20/2024 | $260.00 | | 06/17/2024 | $260.00 | | 07/15/2024 | $260.00 | |

**Total Receipts for the Period:  $3,120.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,160.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $2,838.00 | $2,838.00 | $0.00 |
| 1 | ACAR LEASING LTD  DBA  »» 001 | Unsecured Creditors | $10,246.77 | $83.35 | $10,163.42 |
| 2 | DISCOVER BANK  »» 002 | Unsecured Creditors | $1,787.37 | $0.00 | $1,787.37 |
| 3 | TD RETAIL CREDIT SERVICES  »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CW NEXUS CREDIT CARD HOLDINGS LLC  »» 004 | Unsecured Creditors | $3,022.72 | $24.58 | $2,998.14 |
| 5 | DISCOVER BANK  »» 005 | Unsecured Creditors | $2,241.02 | $18.22 | $2,222.80 |
| 6 | TOYOTA MOTOR CREDIT CORP  »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | GOLD CREDIT UNION  »» 007 | Unsecured Creditors | $17,939.11 | $145.91 | $17,793.20 |
| 8 | GOLD CREDIT UNION  »» 008 | Unsecured Creditors | $416.07 | $0.00 | $416.07 |
| 9 | GOLD CREDIT UNION  »» 009 | Unsecured Creditors | $1,869.17 | $15.20 | $1,853.97 |
| 10 | GOLD CREDIT UNION  »» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | GOLD CREDIT UNION  »» 10U | Unsecured Creditors | $5,467.54 | $44.47 | $5,423.07 |
| 12 | CAPITAL ONE BANK (USA) NA  »» 011 | Unsecured Creditors | $661.90 | $0.00 | $661.90 |
| 13 | US BANK NA  »» 012 | Unsecured Creditors | $502.81 | $0.00 | $502.81 |
| 14 | MIDLAND CREDIT MANAGEMENT INC  »» 013 | Unsecured Creditors | $1,124.59 | $0.00 | $1,124.59 |

**Chapter 13 Case No. 23-11093-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PENNYMAC LOAN SERVICES LLC<br>»» 014 | Mortgage Arrears | $431.16 | $431.16 | $0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $1,634.05 | $0.00 | $1,634.05 |
| 17 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $277.77 | $0.00 | $277.77 |
| 18 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $665.45 | $0.00 | $665.45 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $2,455.54 | $19.97 | $2,435.57 |
| 20 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $1,513.36 | $0.00 | $1,513.36 |
| 21 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $861.86 | $0.00 | $861.86 |
| 22 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $1,045.71 | $0.00 | $1,045.71 |
| 23 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $1,014.26 | $0.00 | $1,014.26 |
| 24 | LVNV FUNDING LLC<br>»» 023 | Unsecured Creditors | $3,130.54 | $25.46 | $3,105.08 |
| 25 | SYNCHRONY BANK<br>»» 024 | Unsecured Creditors | $101.52 | $0.00 | $101.52 |
| 26 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 025 | Unsecured Creditors | $905.98 | $0.00 | $905.98 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $566.86 | $0.00 | $566.86 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $525.73 | $0.00 | $525.73 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $4,160.00 | | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $3,646.32 | | Arrearages: | $0.00 |
| Paid to Trustee: | $403.00 | | Total Plan Base: | $15,600.00 |
| Funds on Hand: | $110.68 | | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.