| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 23-11093-PMM

Luis Ramon Jimenez
110 Jeremy Ct
Easton  PA    18045-2162

Petition Filed Date: 04/14/2023
341 Hearing Date: 06/13/2023
Confirmation Date: 09/21/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2024 | $260.00 | | 09/16/2024 | $260.00 | | 10/16/2024 | $260.00 | |
| 11/19/2024 | $260.00 | | 12/16/2024 | $260.00 | | 01/15/2025 | $260.00 | |
| 02/18/2025 | $260.00 | | 03/17/2025 | $260.00 | | 04/15/2025 | $260.00 | |
| 05/15/2025 | $260.00 | | 06/16/2025 | $260.00 | | 07/15/2025 | $260.00 | |

**Total Receipts for the Period: $3,120.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,280.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $2,838.00 | $2,838.00 | $0.00 |
| 1 | ACAR LEASING LTD DBA »» 001 | Unsecured Creditors | $10,246.77 | $575.73 | $9,671.04 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $1,787.37 | $93.08 | $1,694.29 |
| 3 | TD RETAIL CREDIT SERVICES »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CW NEXUS CREDIT CARD HOLDINGS LLC »» 004 | Unsecured Creditors | $3,022.72 | $157.44 | $2,865.28 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $2,241.02 | $116.72 | $2,124.30 |
| 6 | TOYOTA MOTOR CREDIT CORP »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | GOLD CREDIT UNION »» 007 | Unsecured Creditors | $17,939.11 | $1,007.96 | $16,931.15 |
| 8 | GOLD CREDIT UNION »» 008 | Unsecured Creditors | $416.07 | $16.54 | $399.53 |
| 9 | GOLD CREDIT UNION »» 009 | Unsecured Creditors | $1,869.17 | $97.35 | $1,771.82 |
| 10 | GOLD CREDIT UNION »» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | GOLD CREDIT UNION »» 10U | Unsecured Creditors | $5,467.54 | $307.22 | $5,160.32 |
| 12 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $661.90 | $34.46 | $627.44 |
| 13 | US BANK NA »» 012 | Unsecured Creditors | $502.81 | $15.96 | $486.85 |
| 14 | MIDLAND CREDIT MANAGEMENT INC »» 013 | Unsecured Creditors | $1,124.59 | $58.60 | $1,065.99 |

**Chapter 13 Case No. 23-11093-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PENNYMAC LOAN SERVICES LLC »» 014 | Mortgage Arrears | $431.16 | $431.16 | $0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR »» 015 | Unsecured Creditors | $1,634.05 | $85.13 | $1,548.92 |
| 17 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $277.77 | $15.62 | $262.15 |
| 18 | LVNV FUNDING LLC »» 017 | Unsecured Creditors | $665.45 | $34.69 | $630.76 |
| 19 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $2,455.54 | $127.92 | $2,327.62 |
| 20 | LVNV FUNDING LLC »» 019 | Unsecured Creditors | $1,513.36 | $78.83 | $1,434.53 |
| 21 | LVNV FUNDING LLC »» 020 | Unsecured Creditors | $861.86 | $37.83 | $824.03 |
| 22 | LVNV FUNDING LLC »» 021 | Unsecured Creditors | $1,045.71 | $54.49 | $991.22 |
| 23 | LVNV FUNDING LLC »» 022 | Unsecured Creditors | $1,014.26 | $52.84 | $961.42 |
| 24 | LVNV FUNDING LLC »» 023 | Unsecured Creditors | $3,130.54 | $163.08 | $2,967.46 |
| 25 | SYNCHRONY BANK »» 024 | Unsecured Creditors | $101.52 | $0.00 | $101.52 |
| 26 | JEFFERSON CAPITAL SYSTEMS LLC »» 025 | Unsecured Creditors | $905.98 | $39.75 | $866.23 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $566.86 | $31.85 | $535.01 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $525.73 | $16.68 | $509.05 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,280.00 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $6,488.93 | Arrearages: | $0.00 |
| Paid to Trustee: | $640.90 | Total Plan Base: | $15,600.00 |
| Funds on Hand: | $150.17 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.