Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Luis Ramon Jimenez
110 Jeremy Ct
Easton, PA 18045-2162

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 23-11093-PMM**

Petition Filed Date: 04/14/2023
341 Hearing Date: 06/13/2023
Confirmation Date: 09/21/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | $260.00 | | 09/15/2025 | $260.00 | | 10/16/2025 | $260.00 | |
| 11/18/2025 | $260.00 | | 12/15/2025 | $260.00 | | 01/15/2026 | $260.00 | |
| 02/17/2026 | $260.00 | | 03/16/2026 | $260.00 | | 04/15/2026 | $260.00 | |
| 05/15/2026 | $260.00 | | 06/15/2026 | $260.00 | | 07/15/2026 | $260.00 | |

**Total Receipts for the Period: $3,120.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $10,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $2,838.00 | $2,838.00 | $0.00 |
| 1 | ACAR LEASING LTD DBA<br>»» 001 | Unsecured Creditors | $10,246.77 | $1,068.70 | $9,178.07 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,787.37 | $179.22 | $1,608.15 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 004 | Unsecured Creditors | $3,022.72 | $315.23 | $2,707.49 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $2,241.02 | $233.74 | $2,007.28 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | GOLD CREDIT UNION<br>»» 007 | Unsecured Creditors | $17,939.11 | $1,870.98 | $16,068.13 |
| 8 | GOLD CREDIT UNION<br>»» 008 | Unsecured Creditors | $416.07 | $31.70 | $384.37 |
| 9 | GOLD CREDIT UNION<br>»» 009 | Unsecured Creditors | $1,869.17 | $179.99 | $1,689.18 |
| 10 | GOLD CREDIT UNION<br>»» 10S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | GOLD CREDIT UNION<br>»» 10U | Unsecured Creditors | $5,467.54 | $570.27 | $4,897.27 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $661.90 | $66.38 | $595.52 |

**Chapter 13 Case No. 23-11093-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | US BANK NA DBA ELAN FINANCIAL SERVICES<br>»» 012 | Unsecured Creditors | $502.81 | $48.39 | $454.42 |
| 14 | MIDLAND CREDIT MANAGEMENT INC<br>»» 013 | Unsecured Creditors | $1,124.59 | $112.82 | $1,011.77 |
| 15 | CARRINGTON MORTGAGE SERVICES LLC<br>»» 014 | Mortgage Arrears | $431.16 | $431.16 | $0.00 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 015 | Unsecured Creditors | $1,634.05 | $163.91 | $1,470.14 |
| 17 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $277.77 | $15.62 | $262.15 |
| 18 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $665.45 | $66.75 | $598.70 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $2,455.54 | $256.12 | $2,199.42 |
| 20 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $1,513.36 | $151.78 | $1,361.58 |
| 21 | LVNV FUNDING LLC<br>»» 020 | Unsecured Creditors | $861.86 | $89.90 | $771.96 |
| 22 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $1,045.71 | $104.86 | $940.85 |
| 23 | LVNV FUNDING LLC<br>»» 022 | Unsecured Creditors | $1,014.26 | $101.76 | $912.50 |
| 24 | LVNV FUNDING LLC<br>»» 023 | Unsecured Creditors | $3,130.54 | $326.52 | $2,804.02 |
| 25 | SYNCHRONY BANK<br>»» 024 | Unsecured Creditors | $101.52 | $0.00 | $101.52 |
| 26 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 025 | Unsecured Creditors | $905.98 | $94.47 | $811.51 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $566.86 | $47.79 | $519.07 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $525.73 | $50.57 | $475.16 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,400.00 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $9,416.63 | Arrearages: | $0.00 |
| Paid to Trustee: | $875.42 | Total Plan Base: | $15,600.00 |
| Funds on Hand: | $107.95 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.